IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK SHAPOSHNIKOV,  No. C 04-01288 SI

        Plaintiff,  **PRETRIAL PREPARATION ORDER**

v.

PACIFICA SCHOOL DISTRICT,

        Defendant.
_____/

    It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 12, 2005 at 2:30 p.m..
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 28, 2005.

DESIGNATION OF EXPERTS: 11/1/05; REBUTTAL: 11/18/05.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 16, 2005.

DISPOSITIVE MOTIONS **SHALL** be filed by January 6, 2006;

    Opp. Due January 20, 2006; Reply Due January 27, 2006;

    and set for hearing no later than February 10, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 21, 2006 at 3:30 PM.

JURY TRIAL DATE: April 3, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the e.filing program since there are no pro se parties.
Plaintiff shall dismiss all unserved and/or settled defendants by the end of June 2005.
Plaintiff will dismiss Ingrid B. Lacy by June 22, 2005.
The parties will participate in a further mediation/settlement conference on July 7, 2005.
Plaintiff shall respond to the outstanding discovery request by 6/24/05.
Plaintiff shall propound it's discovery in a formal request.
Plaintiff's deposition shall be completed by the end of July 2005.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 6/22/05                                                 S/Susan Illston
                                                                              SUSAN ILLSTON
                                                                              United States District Judge

**United States District Court**
For the Northern District of California