PAUL J. SMOOT, SBN 160787
**ANDERLINI, FINKELSTEIN, EMERICK & SMOOT**
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone (650) 348-0102
Facsimile (650) 348-0962

Attorneys for Plaintiffs
MARK SHAPOSHNIKOV and STUDENT JOHN DOE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARK SHAPOSHNIKOV, Individually and as Guardian Ad Litem for STUDENT JOHN DOE, STUDENT JOHN DOE by and through his Guardian Ad Litem,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFICA SCHOOL DISTRICT, *et al.*,<br><br>Defendants. | Case No. C 04 1288 SI<br><br>**Plaintiffs' Request For Dismissal Of Defendants Roe 1 -10, and Defendants Roe Parents 1-10, And Order Thereon** |

**TO DEFENDANTS AND THEIR ATTORNEY OF RECORD:**

Plaintiffs request the court dismiss defendants Roes 1, 2, 3, 4, 5, 6, 7, 8, 9 and 10 and defendants Roe Parents 1, 2, 3, 4, 5, 6, 7, 8, 9 and 10, subject to Magistrate Judge Maria Elena James retaining jurisdiction to enforce the settlement agreement of Roes 1, 2, 3, 4, 6 and 7, and Roe Parents 1, 2, 3,4, 6 and 7.

Plaintiff's requests the Court to dismiss defendant Ingrid B. Lacy Middle School.

Dated: August 10, 2005           **ANDERLINI, FINKELSTEIN, EMERICK & SMOOT**


                                  /S/
                                  PAUL J. SMOOT, Attorney for Plaintiffs

1

**Plaintiffs' Request For Dismissal Of Defendants Roe 1 -10, and Defendants Roe Parents 1-10, And Order Thereon** - C 04 1288 SI

**Good Cause Appearing, the Courts orders as follows:**

Defendants Roes 1, 2, 3, 4, 5, 6, 7, 8, 9 and 10 and defendants Roe Parents 1, 2, 3, 4, 5, 6, 7, 8, 9 and 10 are dismissed, subject to Magistrate Judge Maria Elena James retaining jurisdiction to enforce the settlement agreement of Roes 1, 2, 3, 4, 6 and 7, and Roe Parents 1, 2, 3, 4, 6 and 7.

Dated:_____

_____
Honorable Susan Illston

GRANTED
Judge Susan Illston

Deft. Ingrid Ingrid B. Lacy Middle School is dismissed