John A. Shupe, Esq., SBN: 87716
Diane E. Finkelstein, Esq., SBN: 88337
Anita L. Rimes, Esq., SBN: 215534
SHUPE AND FINKELSTEIN
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 341-3693
Facsimile: (650) 341-1395

Attorneys for Defendants PACIFICA SCHOOL DISTRICT (erroneously sued herein as "Pacifica School District, fka Laguna Salada School District"), KITTY MINDEL, an individual, MICHELE GARSIDE, an individual, THOMAS ZACH, an individual.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHAPOSHNIKOV, individually and as Guardian ad Litem for STUDENT JOHN DOE, STUDENT JOHN DOE by and through his Guardian ad Litem,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFICA SCHOOL DISTRICT, fka LAGUNA SALADA SCHOOL DISTRICT, INGRID B. LACEY MIDDLE SCHOOL, KITTY MINDEL, an individual, MICHELE GARSIDE, an individual, THOMAS ZACH, an individual, STUDENT ROE 1, PARENT(S) OF STUDENT ROE 1, STUDENT ROE 2, PARENT(S) OF STUDENT ROE 2, STUDENT ROE 3, PARENT(S) OF STUDENT ROE 3, STUDENT ROE 4, PARENT(S) OF STUDENT ROE 4, STUDENT ROE 5, PARENT(S) OF STUDENT ROE 5, STUDENT ROE 6, PARENT(S) OF STUDENT ROE 6, STUDENT ROE 7, PARENT(S) OF STUDENT ROE 7, STUDENT ROE 8, PARENT(S) OF STUDENT ROE 8, STUDENT ROE 9, PARENT(S) OF STUDENT ROE 9, STUDENT ROE 10, PARENT(S) OF STUDENT ROE 10, INCLUSIVE,<br><br>Defendants. | CASE NO: C 04 1288 SI<br><br>**STIPULATED DISMISSAL OF CERTAIN CLAIMS BY PLAINTIFF MARK SHAPOSHNIKOV; ORDER THEREON** |

//

//

//

**Stipulated Dismissal Of Certain Claims By Plaintiff Mark Shaposhnikov; Order Thereon**   Case No. C 04 1288 SI   Page 1

The parties to this litigation, by and through their attorneys of record, hereby stipulate that plaintiff Mark Shaposhnikov shall and does dismiss his title vi/sexual harassment claims against defendants in this case, and stipulates that the court shall enter its order dismissing only those claims.

SO STIPULATED.

Dated: July 12, 2005

Anderlini, Finkelstein, Emerick & Smoot

By _____
Paul J. Smoot, Attorneys for Plaintiffs

SHUPE AND FINKELSTEIN

Dated: July 1, 2005

By _____
John A. Shupe, Attorneys for Defendants
Pacifica School District, Kitty Mindel,
Michele Garside and Thomas Zach

IT IS SO ORDERED

Dated: _____

_____
Judge, United States District Court

**GRANTED**
*Judge Susan Illston*

Shupe and Finkelstein
177 Bovet Road, Suite 600
San Mateo, CA 94402
(650) 341-3693

Stipulated Dismissal Of Certain Claims By
Plaintiff Mark Shaposhnikov; Order Thereon     Case No. C 04 1288 SI     Page 2