1  PAUL J. SMOOT, SBN 160787
   **ANDERLINI, FINKELSTEIN, EMERICK & SMOOT**
2  400 South El Camino Real, Suite 700
   San Mateo, California 94402
3  Telephone (650) 348-0102
   Facsimile  (650) 348-0962
4

5  Attorneys for Plaintiffs
   MARK SHAPOSHNIKOV and STUDENT JOHN
6  DOE

7

8

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11                     **SAN FRANCISCO DIVISION**

12  MARK SHAPOSHNIKOV, Individually and   )   Case No. C 04 1288 SI
    as Guardian Ad Litem for STUDENT JOHN  )
13  DOE, STUDENT JOHN DOE by and through  )   **STIPULATION TO EXTEND THE**
    his Guardian Ad Litem,                )   **DISCOVERY CUT-OFF and**
                                          )   **DESIGNATION OF EXPERTS**
14                          Plaintiffs,   )
                                          )
15           v.                           )
                                          )
16  PACIFICA SCHOOL DISTRICT, *et al.*,   )
                                          )
17                          Defendants.   )
    _____)
18

19        Plaintiffs Mark Shaposhnikov and Student John Doe by and through their counsel of record

20  Paul J. Smoot of ANderlini, Finkelstein, Emerick & Smoot, together with defendants Pacifica School

21  District, Michelle Garsides, Kitty Mindel, and Thomas Zack, by and through their counsel of record

22  John Shupe of Shupe & Finkelstein, hereby stipulate and agree to extend non-expert and expert

23  discovery: (1) the time for non-expert discovery shall be extended from October 28, 2005  to

24  December 9, 2005, with the specific intention of permitting plaintiff to complete the discovery that

25  has been properly noticed and served, including plaintiff's Request for Production of Documents Set

26  Two, served by mail on September 7, 2005, and notices of deposition of the following individuals:

27  Martin Harrington, Claire Harrison, Kitty Mindel, Michelle Garsides, Thomas Zack, Lyn Tabor, Jean

28  Chow, Michael O'Neill, Chida Garcia, Judy Balagot, Betsy Massey, Kris Krow, and Ellen Press; and

                                          1
**STIPULATION TO EXTEND THE DISCOVERY CUT-OFF and DESIGNATION OF EXPERTS** - C 04 1288 SI

1 | (2) to continue the expert discovery as follows: designation of experts shall be continued from

2 | November 1, 2005 to December 12, 2005; expert rebuttal shall be continued from November 18,

3 | 2005 to December 19, 2005; and close of expert discovery shall be continued from December 1,

4 | 2005 to January 11, 2006. Responses to plaintiffs' Production of Documents Set Two, served by mail

5 | on September 7, 2005, shall be due on or before November 7, 2005.

6 |      The parties have stipulated to continuing discovery because of counsel's trial schedule and

7 | issues related to discovery, for example, plaintiffs allege discovery, i.e., Production of Documents

8 | Set Two, served by mail on September 7, 2005, and Notices of Deposition personally served on

9 | October 18, 2005, and defendants allege the discovery has not been received. In a effort to resolve

10 | the dispute, the parties have agreed and stipulated to continue discovery subject to court order.

12 | Dated: October 25, 2005

13 | **ANDERLINI, FINKELSTEIN,**
    **EMERICK & SMOO**T

15 | By:_____/s/_____

16 | PAUL J. SMOOT
    Attorneys for PLAINTIFFS

18 | Dated: October 25, 2005

19 | **SHUPE & FINKELSTEIN**

21 | By:_____/s/_____

22 | JOHN SHUPE
    Attorneys for DEFENDANTS

25 | / /

26 | / /

2

**STIPULATION TO EXTEND THE DISCOVERY CUT-OFF and DESIGNATION OF EXPERTS** - C 04 1288 SI

1     GOOD CAUSE APPEARING, IT IS SO ORDERED:

2          1.     Non-expert discovery shall be extended from October 28, 2005 to December 9, 2005,

3  with the specific intention of permitting plaintiff to complete the discovery that has been properly

4  noticed and served, including plaintiff's Request for Production of Documents Set Two, served by

5  mail on September 7, 2005, and notices of deposition of the following individuals: Martin

6  Harrington, Claire Harrison, Kitty Mindel, Michelle Garsides, Thomas Zack, Lyn Tabor, Jean Chow,

7  Michael O'Neill, Chida Garcia, Judy Balagot, Betsy Massey, Kris Krow, and Ellen Press; and

8          2.     Expert discovery shall be continued as follows: designation of experts shall be

9  continued from November 1, 2005 to December 12, 2005; expert rebuttal shall be continued from

10 November 18, 2005 to December 19, 2005; and close of expert discovery shall be continued from

11 December 1, 2005 to January 3, 2006. Responses to plaintiffs' Production of Documents Set Two,

12 served by mail on September 7, 2005, shall be due on or before November 7, 2005.

13

14 Date:_____10/31/05_____



Honorable Susan Illston

GRANTED

Judge Susan Illston

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

3