IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK SHAPOSHNIKOV,      No. C 04-01288 SI

        Plaintiff,      **SECOND**
**PRETRIAL PREPARATION ORDER**

  v.

PACIFICA SCHOOL DISTRICT,

        Defendant.
                                       /

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DESIGNATION OF EXPERTS: 1/29/06;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 28, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by February 17, 2006;

   Opp. Due March 3, 2006;   Reply Due March 10, 2006;

   and set for hearing no later than March 24, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: April 18, 2006 at 3:30 PM.

JURY TRIAL DATE: May 1, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be five days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to extend the deposition schedule of those notice and not completed

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/16/05

                                                 SUSAN ILLSTON
                                                 United States District Judge