IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK SHAPOSHNIKOV,   No. C-04-1288 SI

       Plaintiff,   **ORDER RE: DISCOVERY SCHEDULE**

  v.

PACIFICA SCHOOL DISTRICT,

       Defendant.
                                /

      By letter briefs,[1] the parties have raised a dispute concerning documents recently, and belatedly, produced by defendant Pacifica School District. Some of the documents relate to discipline referrals and detention forms which should have been produced previously and which are germane to plaintiffs' claims.

      Plaintiffs request that discovery, motion and trial deadlines all be extended by 45 days in order to allow plaintiffs to prepare properly. However, the pretrial and trial deadlines were already extended as a result of the December 9, 2005 pretrial conference. The Court does not agree that the trial or motion deadlines need be extended any further, but will extend the <u>non-expert discovery deadline until February 17, 2006</u> to allow plaintiffs to depose (or if necessary re-depose) witnesses about the newly-produced information.

**IT IS SO ORDERED.**

Dated: December 20, 2005

                                                          SUSAN ILLSTON
                                                          United States District Judge

---

[1] Docket ## 97, 98, 99 and 101.