IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHAPOSHNIKOV,<br><br>    Plaintiff,<br><br>  v.<br><br>PACIFICA SCHOOL DISTRICT, et al.,<br><br>    Defendants.<br>_____/ | No. C 04-1288 SI (MEJ)<br><br>**ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE AND REQUIRING PAUL SMOOT'S ATTENDANCE**<br><br>**ORDER FOR PLAINTIFF TO SUBMIT SETTLEMENT REQUEST** |

On January 30, 2006, the Court conducted a further settlement conference in the above-captioned matter. As settlement negotiations are ongoing, the Court hereby ORDERS the parties to appear for a further settlement conference on February 24, 2006 at 10:30 a.m. Paul Smoot, counsel for Plaintiff, shall personally attend the conference. Further, as discussed at the conference, Plaintiff shall submit any settlement requests to Defendants by February 6, 2006.

**IT IS SO ORDERED.**

Dated: January 30, 2006

MARIA-ELENA JAMES
United States Magistrate Judge