```
 1  PAUL J. SMOOT, SBN 160787
    ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
 2  400 South El Camino Real, Suite 700
    San Mateo, California 94402
 3  Telephone (650) 348-0102
    Facsimile (650) 348-0962
 4
 5  Attorneys for Plaintiffs
    MARK SHAPOSHNIKOV and STUDENT JOHN
 6  DOE
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK SHAPOSHNIKOV, Individually and as Guardian Ad Litem for STUDENT JOHN DOE, STUDENT JOHN DOE by and through his Guardian Ad Litem, <br><br> Plaintiffs, <br><br> v. <br><br> PACIFICA SCHOOL DISTRICT, et al., <br><br> Defendants. | Case No. C 04 1288 SI <br><br> **STIPULATION TO CONTINUE EXPERT DISCOVERY** |

Plaintiffs Mark Shaposhnikov and Student John Doe by and through their counsel of record Paul J. Smoot of Anderlini, Finkelstein, Emerick & Smoot, together with defendants Pacifica School District, Michele Garsides, Kitty Mindel, and Thomas Zack, by and through their counsel of record John Shupe of Shupe & Finkelstein, hereby stipulate and agree to continue

//
//
//
//

1

STIPULATION TO CONTINUE EXPERT DISCOVERY - C 04 1288 SI

1 | expert discovery from February 28, 2006 to March 29, 2006.

3 | Dated: February 27, 2006

4 | ANDERLINI, FINKELSTEIN,
  | EMERICK & SMOOT

7 | By: _____
  | PAUL J. SMOOT
  | Attorneys for PLAINTIFFS

9 | Dated 2/27/06

10 | SHUPE & FINKELSTEIN

13 | By: _____
  | JOHN SHUPE
  | Attorneys for DEFENDANTS

2

STIPULATION TO CONTINUE EXPERT DISCOVERY - C 04 1288 SI

**GOOD CAUSE APPEARING, IT IS SO ORDERED:**

Expert discovery shall be continued from February 28, 2006 to March 29, 2006.

*[Signature: Susan Illston]*

Date: _____

Honorable Susan Illston