IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHAPOSHNIKOV, | No. C 04-1288 SI (MEJ) |
| Plaintiff, | **ORDER RE: SETTLEMENT AGREEMENT** |
| v. | |
| PACIFICA SCHOOL DISTRICT, et al., | |
| Defendants. / | |

The Court is in receipt of a letter from Plaintiff's counsel regarding the settlement agreement in this matter. In the letter, counsel states that the parties have not agreed upon the language of the settlement agreement as it relates to confidentiality and the party that requested the agreement remain confidential. However, as both sides agreed to keep the matter confidential, the Court finds that the spirit of the agreement will remain intact if the parties include a confidentiality clause with no indication of which party requested it; rather, the agreement need only state that both sides agreed to keep the matter confidential. The parties shall draft and sign the agreement accordingly.

**IT IS SO ORDERED.**

Dated: May 14, 2007

MARIA-ELENA JAMES
United States Magistrate Judge